UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **RHONDA H. MORRISON** | * | **CIVIL ACTION NO. 6:06-2400** |
| **VERSUS** | * | **JUDGE HAIK** |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA** | * | **MAG. JUDGE HILL** |

\* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing Joint Motion;

**IT IS ORDERED**, that pursuant to the stipulation between the parties, Unum Life Insurance Company of America be and it is hereby substituted as the defendant in this matter in place of Unum Provident Corporation.

**IT IS FURTHER ORDERED**, that pursuant to the stipulation between the parties, all designations in the lawsuit filed by plaintiff or any pleading filed subsequent thereto, referring to Unum Provident Corporation as the defendant be amended to substitute Unum Life Insurance Company of America.

Lafayette, Louisiana, this 20th day of March, 2007.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE